Law Office of Graham Archer
Graham Archer [CABN: 262464]
95 S. Market Street, Suite 300
San Jose, CA 95113
Phone (408) 596-9451
Fax (408) 596-5657
graham@garcher.com

Counsel for Defendant
Sam Stafford

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR-12-00410-LHK (PSG) |
|---|---|
| Plaintiff, | |
| | MOTION TO MODIFY SAM STAFFORD'S RELEASE CONDITIONS PERMITTING HIM TO ATTEND FATHER'S DAY BRUNCH |
| vs. | |
| SAM STAFFORD | |
| Defendant. | **HON. PAUL S. GREWAL** |

**Motion for Modification of Release Conditions**

The Defendant, through his counsel, makes a motion for a modification of the Order Setting the Conditions of Release issued by the Court on May 24, 2012, permitting Sam Stafford to travel on June 17, 2012 from church to 925 Blossom Hill Road, San Jose, California, for the purpose of attending a Father's Day brunch with his fiancée and three children. The brunch will be at the Oakridge Mall. The Defendant has permission to attend church under the current Order Setting Conditions of Release. The Defendant plans to go to brunch after church and return home by 3:30 PM. All other conditions of the bond are to remain in effect. Counsel for Mr. Stafford has conferred with Pretrial Services Officer Jaime Carranza and he does not object to

Mr. Stafford going to brunch on Father's Day. Counsel for Mr. Stafford attempted to contact Assistant United States Attorney Joseph Fazioli, who is currently in trial, for his input on the matter, but has not heard back as of the filing of this motion.

Dated: 6/14/12                                                          Respectfully submitted,


                                                                        _____/s/_____
                                                                        Graham Archer
                                                                        Attorney for Sam Stafford


## ORDER

GOOD CAUSE APPEARING, it is hereby ordered as follows:

The Order Setting the Conditions of Release issued by the Court on May 24, 2012, shall be modified to permit Sam Stafford to travel to brunch on June 17, 2012 at the Oakridge Mall at 925 Blossom Hill Road, San Jose, California, for the purpose of attending a Father's Day Brunch with his fiancée and three children. All other conditions of release ordered on May 24, 2012, remain in full force and effect.

Dated:  June _____, 2012

                                                                        _____
                                                                        HON. PAUL S. GREWAL,
                                                                        United States Magistrate Judge

Motion to Modify Release Conditions                    2