MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JOSEPH FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5595
    FAX: (408) 535-5066
    joseph.fazioli@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00410 RMW |
|     Plaintiff, | STIPULATION AND [] ORDER |
|     v. | CONTINUING DEFENDANT STAFFORD'S SENTENCING DATE |
| SAM STAFFORD, | |
|     Defendant. | |

Defendant Stafford's sentencing was previously set for sentencing on March 17, 2014 after he pled guilty pursuant to a cooperation plea agreement in October 2013. This Court on March 3, 2014 issued a Clerk's Notice continuing defendant Stafford's sentencing to March 24, 2014. (CR 274). Stafford's co-defendants, Rusty Shields and Michael Sims, are currently set to be sentenced on April 14, 2014 after their December 2013 convictions at trial.

The government and defendant Stafford now jointly request that defendant Stafford's March 24, 2014 sentencing continued to June 2, 2014. In light of the above, the parties agree, and the Court finds and holds, as follows:

1.  Defendant Stafford's March 24, 2014 sentencing date is vacated.

2.  Defendant Stafford's sentencing is set before this Court on June 2, 2014

DATED:_____3/3/14_____          _____/s/_____
                                     GRAHAM ARCHER
                                     Counsel for Defendant Stafford

DATED:_____3/3/14_____          _____/s/_____
                                     JOSEPH FAZIOLI
                                     Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE