1  STEVEN G. KALAR
   Federal Public Defender
2  GRAHAM E. ARCHER
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   graham_archer@fd.org
5
   Counsel for Defendant
6  Sam Stafford

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

   UNITED STATES OF AMERICA,           )  No. CR 12-00410-RMW (PSG)
12                                     )
              Plaintiff,               )  **STIPULATION AND []**
13                                     )  **ORDER CONTINUING SENTENCING**
   vs.                                 )
14                                     )  Hon. Ronald M. Whyte
   RUSTY SHIELDS, et al.,              )
15                                     )
              Defendants.              )
16 _____     )

17      By and through their respective counsel, Defendant Sam Stafford and the United States

18 stipulate and request that Mr Stafford's sentencing, currently scheduled for January 26, 2015, be

19 continued to February 2, 2015 at 9:00 a.m. The parties seek the continuance to complete their

20 respective sentencing preparation. Government counsel has conferred with United States

21 Probation Officer Benjamin Flores, who is available on the proposed date and does not object to

22 the continuance.

23 ///

24 ///

25 ///

26 ///

STIPULATION AND  ORDER
CONTINUING SENTENCING
No. CR 12-CR-410-RMW                         1

| | | |
|---|---|---|
| 1 | Dated: January 21, 2015 | STEVEN G. KALAR<br>Federal Public Defender |
| 2 | | |
| 3 | | /s/<br>_____ |
| 4 | | GRAHAM E. ARCHER<br>Assistant Federal Public Defender<br>Counsel for Defendant Sam Stafford |
| 5 | | |
| 6 | | |
| 7 | Dated: January 21, 2015 | /s/ |
| 8 | | _____<br>JOSEPH FAZIOLI<br>Assistant United States Attorney |

STIPULATION AND ORDER
CONTINUING SENTENCING
No. CR 12-CR-410-RMW                                2

1  STEVEN G. KALAR
   Federal Public Defender
2  GRAHAM E. ARCHER
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   graham_archer@fd.org
5
   Counsel for Defendant
6  Sam Stafford

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 UNITED STATES OF AMERICA,        )   No. CR 12-00410-RMW (PSG)
                                    )
13         Plaintiff,                )   **[] ORDER**
                                    )   **CONTINUING SENTENCING**
   vs.                              )
14                                  )   Hon. Ronald M. Whyte
   RUSTY SHIELDS, et al.,           )
15                                  )
           Defendants.              )
16 _____  )

17

18     GOOD CAUSE APPEARING, it is hereby ordered as follows:

19     The sentencing of Samuel Stafford, currently set for January 26, 2015 at 9:00 a.m.

20 is hereby continued to February 2, 2015 at 9:00 a.m.

21

22 Dated: January GH, 2015

23                                      _____
                                        HONORABLE RONALD M. WHYTE
24                                      United States District Judge

25

26

STIPULATION AND ORDER
CONTINUING SENTENCING
No. CR 12-CR-410-RMW                     3