STEVEN G. KALAR
Federal Public Defender
GRAHAM E. ARCHER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
graham_archer@fd.org

Counsel for Defendant
Sam Stafford

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00410-RMW (PSG) |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **ORDER CONTINUING SENTENCING** |
| vs. ) | |
| ) | Hon. Ronald M. Whyte |
| RUSTY SHIELDS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

By and through their respective counsel, Defendant Sam Stafford and the United States stipulate and request that Mr Stafford's sentencing, currently scheduled for February 2, 2015, be continued to February 23, 2015 at 9:00 a.m. The parties seek the continuance to complete their respective sentencing preparation. Defense counsel has conferred with United States Probation Officer Benjamin Flores, who is available on the proposed date and does not object to the continuance.

///

///

///

///

STIPULATION AND ORDER
CONTINUING SENTENCING
No. CR 12-CR-410-RMW        1

| | | |
|---|---|---|
| 1 | Dated: January 28, 2015 | STEVEN G. KALAR<br>Federal Public Defender |
| 2 | | |
| 3 | | /s/<br>_____ |
| 4 | | GRAHAM E. ARCHER<br>Assistant Federal Public Defender<br>Counsel for Defendant Sam Stafford |
| 5 | | |
| 6 | Dated: January 28, 2015 | /s/ |
| 7 | | _____<br>JOSEPH FAZIOLI<br>Assistant United States Attorney |

STIPULATION AND ORDER
CONTINUING SENTENCING
No. CR 12-CR-410-RMW                           2

STEVEN G. KALAR
Federal Public Defender
GRAHAM E. ARCHER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA  95113
Telephone:  (408) 291-7753
graham_archer@fd.org

Counsel for Defendant
Sam Stafford

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-00410-RMW (PSG) |
|---|---|---|
| Plaintiff, | ) ) ) | **[] ORDER CONTINUING SENTENCING** |
| vs. | ) ) | Hon. Ronald M. Whyte |
| RUSTY SHIELDS, et al., | ) ) | |
| Defendants. | ) ) | |

GOOD CAUSE APPEARING, it is hereby ordered as follows:

The sentencing of Samuel Stafford, currently set for February 2, 2015 at 9:00 a.m. is hereby continued to February 23, 2015 at 9:00 a.m.

Dated: January GJ, 2015

_____
HONORABLE RONALD M. WHYTE
United States District Judge

STIPULATION AND ORDER
CONTINUING SENTENCING
No. CR 12-CR-410-RMW                    3